UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDREW MCGOWAN,

    *Plaintiff*,

    v.

RONALD ERDOS, et al.,

    *Defendants*.

Case No. 1:22-cv-35-JPH-SKB

Judge Jeffery P. Hopkins

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Doc. 29) of United States Magistrate Judge Stephanie K. Bowman, to whom this case was referred pursuant to 28 U.S.C. § 636(b). The Report and Recommendation, entered March 31, 2023, recommends that the Court grant Defendants' Motion to Dismiss (Doc. 20) for failure to state a claim under Fed. R. Civ. P. 12(b)(1) and (6). Noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED** that Defendant's Motion to Dismiss (Doc. 20) is **GRANTED** and Plaintiff's Complaint is **DISMISSED**. This case is **CLOSED** and **TERMINATED** from the active docket of this Court.

    IT IS SO ORDERED.

Dated: September 30, 2023

*/s/ Jeffery P. Hopkins*
Hon. Jeffery P. Hopkins
United States District Judge